UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Anthony Lemel Jamison                                        Docket No. 5:20-CR-547-1FL

**Petition for Action on Supervised Release**

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Lemel Jamison, who, upon an earlier plea of guilty to Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. §§ 1029(a)(2), 1029(b)(2) and 1029(c)(1)(A)(i), and Aggravated Identity Theft and Aiding and Abetting, in violation of 18 U.S.C. §§ 1028A, 1028(a)(1) and 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 7, 2022, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Anthony Lemel Jamison was released from custody on February 13, 2023, at which time the term of supervised release commenced. The defendant is currently being supervised in the Middle District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 6, 2023, United States Probation Officer Julie Meyers, with the Middle District of North Carolina informed this office that the defendant was struggling with drug abuse. On May 11, 2023, the defendant submitted a drug screen that was positive for Fentanyl. On May 18, 2023, the defendant was instructed to complete a substance abuse assessment at a local treatment provider. He has not yet completed his substance abuse assessment, and the supervising officer is requesting that drug testing and substance abuse treatment be added as a special condition of his supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Officer Meyers is also requesting jurisdiction of this case so her district can address future non-compliance issues.

The defendant was court ordered to pay restitution in the amount of $106,098.92 (joint and several). He has not made any payments since his release; however, this is not considered willful due medical issues upon release and his current unemployment status. The defendant has been encouraged to make regular monthly payments.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

**Anthony Lemel Jamison**
**Docket No. 5:20-CR-547-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Torres
Michael Torres
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-929-0768
Executed On: July 17, 2023

### ORDER OF THE COURT

Considered and ordered this __18th__ day of __July__, 2023, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge